IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GREG L. HARRIS                                                                                  PLAINTIFF

v.                                    No. 3:16-cv-298-DPM-JTK

HARMON, Misdemeanor Records and
Trustee Department Clerk, Crittenden
County Detention Center; CLARK, Misdemeanor
Records and Trustee Department Clerk, Crittenden
County Detention Center; RONNIE COLEMAN,
Administrator, Crittenden County Detention
Center; and MIKE ALLEN, Sheriff, Crittenden
County Detention Center                                                                  DEFENDANTS

ORDER

Unopposed partial recommendation, № 5, adopted. FED. R. CIV. P. 72(b)(1983 addition to advisory committee notes). Harris agrees with Magistrate Judge Kearney's recommendation. № 10. His claims against Allen are therefore dismissed without prejudice. And his claims for damages based on the extension of his sentence, № 2 at 9, are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 November 2016