**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

GREG L. HARRIS                                                                    PLAINTIFF

v.                                        3:16CV00298-JTK

HARMON, et al.                                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that Plaintiff's complaint against Defendants is DISMISSED with prejudice.    The relief sought is denied.

IT IS SO ADJUDGED this 14th day of August, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE